IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALLEN GUSTAFSON,

        Plaintiff,

   v.

WELLS FARGO HOME MORTGAGE, et al.,

        Defendants.
_____/

No. 12-04875 RS

**ORDER DISMISSING CASE**

On December 28, 2012 this Court issued an Order dismissing plaintiff's complaint with leave to amend. Plaintiff was to file an amended complaint no later than February 15, 2013. If he failed to do so, the Order indicated the case would be dismissed without further notice. Plaintiff has not yet filed an amended complaint. Accordingly this matter shall be dismissed. The Clerk is instructed to close this case file.

    IT IS SO ORDERED.

Dated: 2/22/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE